1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California  94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-Mail: ron.richman@bullivant.com
5  E-Mail: susan.olson@bullivant.com

6  Attorneys for Plaintiffs

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10  BOARD OF TRUSTEES OF THE                Case No.:  CV 10-00699 EDL
    LABORERS HEALTH AND WELFARE
11  TRUST FUND FOR NORTHERN                 **NOTICE OF BANKRUPTCY AND
    CALIFORNIA; BOARD OF TRUSTEES OF        REQUEST FOR STAY; ORDER
12  THE LABORERS VACATION-HOLIDAY           THEREON**
    TRUST FUND FOR NORTHERN
13  CALIFORNIA; BOARD OF TRUSTEES OF
    THE LABORERS PENSION TRUST FUND
14  FOR NORTHERN CALIFORNIA; and
    BOARD OF TRUSTEES OF THE
15  LABORERS TRAINING AND RETRAINING
    TRUST FUND FOR NORTHERN
16  CALIFORNIA,

17                    Plaintiffs,

18        v.

19  HEIDE & WILLIAMS, INC., a California
    corporation; and DAVID WILLARD HEIDE,
20  an individual,

21                    Defendant.

22

23        Plaintiffs Laborers Trust Funds provide this Court with the following Notice of

24  Bankruptcy and Request for Stay.

25        On March 11, 2010 Defendant Heide & Williams, Inc. filed for Chapter 7 Bankruptcy in

26  the United States Bankruptcy Court, Northern District of California (Santa Rosa), Case No. 10-

27  10830 AJ 7.  Attached hereto as <u>Exhibit A</u> is a copy of the Notice of Chapter 7 Bankruptcy

28  Case.

                              – 1 –

1    This action should therefore be stayed as to Defendant Heide & Williams, Inc. pursuant

2    to 11 U.S.C. § 362(a). Although Defendant David Heide has not filed for bankruptcy protection,

3    the claims against him, individually, are derivative of the claims against Heide & Williams, Inc.

4    and therefore, Plaintiffs Laborers Trust Funds recommend that the entire action be stayed

5    pending the bankruptcy of Heide & Williams, Inc.

6    DATED:  April 15, 2010

7                                                    BULLIVANT HOUSER BAILEY PC

8

9                                                    By _____

10                                                       Ronald L. Richman
                                                         Susan J. Olson

11                                                   Attorneys for Plaintiffs

12                                                   **ORDER**

13         Plaintiffs Laborers Trust Funds having advised this Court of the bankruptcy of

14    Defendant Heide & Williams, Inc. and having requested a stay of this action as to Defendant

15    David Heide, personally, pending the bankruptcy, and good cause appearing:

16         IT IS HEREBY ORDERED that this case is stayed.  Counsel for Plaintiffs Trust Funds

17    shall provide this Court with a status update of the bankruptcy on or before ___October 15,___,

18    2010.

19    DATED:  April 16, 2010

20                                                   By _____

21                                                       HON. ELIZABETH D. LAPORTE
                                                         UNITED STATES MAGISTRATE JUDGE

22

23

24

25
      12480887.1
26

27

28

-2-

NOTICE OF BANKRUPTCY AND REQUEST FOR STAY; ORDER THEREON

# EXHIBIT A

**FORM B9D** (Chapter 7 Corporation/Partnership Asset Case) (12/07)        Case Number **10–10830 AJ 7**

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (Santa Rosa)

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor Corporation listed below was filed on 3/11/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Heide & Williams, Inc.
PO Box 2007
Napa, CA 94558

| Case Number:<br>10–10830 | Social Security/Individual Taxpayer ID/Employer Tax ID/Other Nos.:<br>94–2539392 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Richard V. Day<br>Law Offices of Richard V. Day<br>563 Jefferson St.<br>Napa, CA 94559<br>Telephone number: (707) 253–8500 | Bankruptcy Trustee (name and address):<br>Jeffry Locke<br>530 Alameda Del Prado #396<br>Novato, CA 94949<br>Telephone number: (415) 413–4401<br>Email: JLtrustee@aol.com |

## Meeting of Creditors
Date:        Time:
Location:

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors.

## Deadlines to File a Proof of Claim
Proof of Claim must be *received* by the bankruptcy clerk's office by the following deadline:

For all creditors (except a governmental unit):      For a governmental unit: **Must file before 180 days after the date relief was entered.**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office:<br>99 South "E" Street<br>Santa Rosa, CA 95404<br>Telephone number: 707–547–5900 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Gloria L. Franklin |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:30 PM | Date: 3/11/10 |

036200                  **57104036236012**