Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>HEIDE & WILLIAMS, INC., a California corporation; and DAVID WILLARD HEIDE, an individual,<br><br>Defendant. | Case No.: CV 10-00699 EDL<br><br>**STATUS REPORT ON THE UNDERLYING BANKRUPTCY; ORDER THEREON** |

On March 11, 2010 Defendant Heide & Williams, Inc. filed for Chapter 7 Bankruptcy in the United States Bankruptcy Court, Northern District of California (Santa Rosa), Case No. 10-10830 AJ 7. The Bankruptcy is still pending.

On April 16, 2010 this Court issued a stay of the action as against Defendant Heide & Williams, Inc. pursuant to 11 U.S.C. § 362(a) as well as Defendant David Heide, since the claims against him, individually, are derivative of the claims against Heide & Williams, Inc.

– 1 –
STATUS REPORT ON THE UNDERLYING BANKRUPTCY; ORDER THEREON

1 | The Bankruptcy Case is still pending, no discharge has yet been granted. Therefore, Plaintiffs Laborers Trust Funds recommended that this matter be stayed for an additional 90 days, pending the bankruptcy of Heide & Williams, Inc.

DATED: October 13, 2010

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman
Susan J. Olson

Attorneys for Plaintiffs

## ORDER

Plaintiffs Laborers Trust Funds having advised this Court of the bankruptcy of Defendant Heide & Williams, Inc. and having requested a stay of this action as to Defendant David Heide, personally, pending the bankruptcy, and good cause appearing:

IT IS HEREBY ORDERED that this case is stayed for an additional 90 days, pending the close of the bankruptcy case. Counsel for Plaintiffs Trust Funds shall provide this Court with a status update of the bankruptcy on or before January 31, 2011, ~~2010~~.

DATED: October 18, 2010

By _____
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

12876193.1

– 2 –
STATUS REPORT ON THE UNDERLYING BANKRUPTCY; ORDER THEREON