UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR THE NORTHERN CALIFORNIA,<br><br>       Plaintiff(s),<br><br>  v.<br><br>HEIDE AND WILLIAMS INC,<br><br>       Defendant(s).      / | No. C 10-00699 EDL<br><br>**ORDER** |

This matter having been stayed pending bankruptcy proceedings, and there being no further reason at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this entry had not been entered.

Dated: July 15, 2011

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge